**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA. 19106-1797**

Date: 9/23/21

**ISHMAEL SHAH**
71749-066
RAY BROOK
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 900
RAY BROOK, NY 12977

In response to your letter requesting the status of your case, according to the docket as of this date, the following has been filed **14-cr-593-1**

( ) Motion for _____.

( ) Order granted / denied (see attached entry).

( ) Complaint filed on_____.

( ) Summons executed / un-executed (see attached entry).

( ) No legal advice.   Please contact the institution's Law Library

( ) Please contact the Marshals with any questions concerning service.

( ) Enclosed are some forms for your convenience.

( ) For the last entry, please see attached.

( X ) Other: last two pages of docket entries are attached. Case is still stayed.